IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Case No. 5:16-CV-00740

| | |
|---|---|
| RALPH L. FALLS III, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| GOLDMAN SACHS TRUST COMPANY, N.A. as Executor of the Estate of RALPH L. FALLS, JR.; GOLDMAN SACHS TRUST COMPANY, N.A., as Trustee of the RALPH LANE FALLS REVOCABLE DECLARATION OF TRUST; DIANNE C. SELLERS, LOUISE FALLS CONE, individually and on behalf of her minor children and unborn issue; TOBY CONE; MARY COOPER FALLS WING, individually and on behalf of her minor children and unborn issue; GILLIAN FALLS CONE, individually and on behalf of her minor children and unborn issue; and K.L.C., by her next friends and parents, Louise Falls Cone and Toby Cone, | ) |
| | ) |
| Defendants. | ) |

THIS CAUSE came on to be heard by the undersigned on the motion of the Defendants Louise Falls Cone, Toby Cone, Gillian Falls Cone, and K.L.C. asking the Court to excuse Defendants Gillian Falls Cone and K.L.C. from attending the January 3, 2017, Rule 16(b) scheduling conference. It appearing to the Court that good cause is shown, the motion should be granted.

IT IS, THEREFORE, ORDERED that Defendants Gillian Falls Cone and K.L.C. are hereby excused from attending the January 3, 2017, Rule 16(b) scheduling conference.

This the  22nd  day of December, 2016.

_____
LOUISE W. FLANAGAN
United States District Judge