UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| RALPH L. FALLS, III,<br>        Plaintiff,<br><br>v.<br><br><br>GOLDMAN SACHS TRUST<br>COMPANY, N.A. as Executor of the<br>Estate of Ralph L. Falls, Jr.; GOLDMAN<br>SACHS TRUST COMPANY, N.A.<br>as Trustee of the Ralph Lane Falls<br>Revocable Declaration of Trust; DIANE<br>C. SELLERS; LOUISE FALLS CONE<br>individually and on behalf of her minor<br>children and unborn issue; TOBY CONE;<br>MARY COOPER FALLS WING<br>individually and on behalf of her minor<br>children and unborn issue; GILLIAN<br>FALLS CONE individually and on behalf<br>of her minor children and unborn issue;<br>K.L.C. by her next friends and parents,<br>Louise Falls Cone and Toby Cone,<br>        Defendants. | **JUDGMENT**<br><br>No. 5:16-CV-740-FL |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the defendant Wing's motion to dismiss her crossclaims, motion to dismiss by Sellers and the Cone Defendants, motion to dismiss by Goldman Sachs, and Plaintiff's motion for leave to file amended complaint.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered September 27, 2018, and for the reasons set forth more specifically therein, that defendant Wing's motion to dismiss her crossclaims is GRANTED and the remaining claims are DISMISSED sua sponte due to lack of jurisdiction and abstention.

**This Judgment Filed and Entered on September 27, 2018, and Copies To:**

Stephanie C. Daniel / Mary B. Ramsay/ Lynn F. Chandler / Lucas Garber (via CM/ECF Notice of Electronic Filing)
Eva G. Frongello / J. Mitchell Armbruster / James K. Dorsett, III (via CM/ECF Notice of Electronic Filing)
Alan W. Duncan / Allison Mullins (via CM/ECF Notice of Electronic Filing)
Alex J. Hagan / Leslie C. Packer / Troy D. Shelton (via CM/ECF Notice of Electronic Filing)
Elizabeth K.Arias / Johnny M. Loper / Jesse A. Schaefer / Scott D. Anderson (via CM/ECF Notice of Electronic Filing)
Benton G. Sawrey / James Wiley Narron (via CM/ECF Notice of Electronic Filing)

September 27, 2018                PETER A. MOORE, JR., CLERK

                                   /s/ Sandra K. Collins
                                  (By) Sandra K. Collins, Deputy Clerk